Case 8:93-cr-00183-SDM   Document 47   Filed 02/15/07   Page 1 of 2 PageID 64
AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | (For Revocation of Supervised Release) |
| V. | |
| | Case Number: 8:93-cr-183-T-23EAJ |
| ERNEST LEE HARDY | USM Number: 16629-018 |
| | |
| | Howard Anderson, AFPD |
| | Defendant's Attorney |

**THE DEFENDANT:**

__X__ admits committing the Grade "A" and Grade "B" violations of the terms of supervision described in the January 24, 2001, second amended petition:

| NATURE OF VIOLATION | VIOLATION ENDED |
|---|---|
| Arrested for possession with intent to distribute "crack" cocaine | 07/06/2000 |
| Admitted to possessing and consuming "crack" cocaine | 07/12/2000 |
| Arrested for trafficking cocaine | 11/17/2000 |
| Sale of "crack" cocaine | 10/31/2000 |
| Sale of "crack" cocaine | 11/08/2000 |
| Possession of "crack" cocaine | 10/31/2000 |
| Possession of "crack" cocaine | 11/08/2000 |

The defendant is sentenced as provided on page two of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 in consideration of the factors specified in 18 U.S.C. § 3553(a), including applicable guidelines and policy statements issued by the United States Sentencing Commission.

__X__ The two Grade "C" violations are dismissed:

**NATURE OF VIOLATION**

Failure to report new arrest (11/17/2000) within 72 hours
Failure to report to U.S. Probation on 11/30/2000 as instructed

It is ordered that the defendant must notify the United States attorney for this district within thirty (30) days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

February 14, 2007
Date of Imposition of Sentence

*[signature]*
Steven D. Merryday
UNITED STATES DISTRICT JUDGE

February 15th, 2007
Date

DEFENDANT: ERNEST LEE HARDY
CASE NUMBER: 8:93-cr-183-T-23EAJ

Judgment - Page __2__ of __2__

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **THIRTY-SIX (36) MONTHS**.

__X__   The court makes the following recommendations to the Bureau of Prisons: **Confinement at Coleman, Florida; participation in the 500-hour drug program.**

__X__   **The defendant is remanded to the custody of the United States Marshal.**

_____   The defendant shall surrender to the United States Marshal for this district:

   ___ at _____ a.m.   p.m.   on _____.

   ___ as notified by the United States Marshal.

_____   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ___ before 2 p.m. on _____.

   ___ as notified by the United States Marshal.

   ___ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL