UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO.:   8:93-cr-183-T-23EAJ

ERNEST LEE HARDY
_____/

## ORDER

Hardy moves (Doc. 49) for appointment of counsel and for "Resentencing Under the Retroactivity Provision or the New Revised Version of U.S.S.G. § 1B1.10."

On February 14, 2007, Hardy was sentenced to thirty-six months of imprisonment (Doc. 47) for violating the terms of his supervised release. Application Note 4(A) to section 1B1.10 of the sentencing guidelines states, "Only a term of imprisonment imposed as part of the original sentence is authorized to be reduced under this section. This section does not authorize a reduction in the term of imprisonment imposed upon a revocation of supervised release."

Accordingly, Hardy's motion for appointment of counsel and for re-sentencing is **DENIED**.

ORDERED in Tampa, Florida, on April 21, 2008.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE